# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 16-6106 |
| v. | : | |
| | : | |
| PRIMROSE PHARMACY, LLC; KARL BLASS-SCHULTZ;  KARL BUCHOLZ; ALTHEA GROUP, LLC | : | |
| Defendants. | : | |

## ORDER

This 1st day of Feburary, 2017, upon consideration of Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Complaint and responses thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge