IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERISOURCEBERGEN DRUG CORPORATION** | : : : | |
| v. | : : | CIVIL ACTION NO. 16-6106 |
| **PRIMROSE PHARMACY, LLC, ET AL.** | : : : | |

**AMENDED ORDER**

This 30th day of November, 2021, upon consideration of Plaintiff's Motion for Summary Judgment as to Counts I, III, and IV of the First Amended Complaint and Defendants' Response thereto, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

Judgment is entered in favor of Plaintiff AmerisourceBergen Drug Corporation and against Defendants Primrose Pharmacy, Karl Blass-Schutz, Karl Bucholz, and Althea Group for the sum of $2,492,526.69, plus *per diem* interest in the amount of $641.73, from June 25, 2021, through the date of this Order.

It is further **ORDERED** that Plaintiff may, within thirty days (30) days of the date of this Order, apply for an award of reasonable attorney's fees and costs which, upon such further procedures as the Court may direct, shall thereafter be added to this judgment amount.

<u>/s/ Gerald Austin McHugh</u>
United States District Judge